Vgom 2019-0493

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

v.

ROBERT PETER

---

Hon. Noel L. Hillman
CRIM. NO. 19-555
29 U.S.C. § 501(c)

## INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges

1. At all times relevant to this Information:

a. Local 526 of the American Postal Workers Union ("Local 526") was a "labor organization" within the meaning of the provisions of Title 29, United States Code, Sections 152(5), 402(i) and 402(j). Local 526 provides union representation to its member, in order to advance the economic interest and improve the working conditions of its members. It represented and admitted to membership persons employed in post office facilities in southern New Jersey.

b. Local 526 was governed by a Constitution and a set of by-laws which, in pertinent part, stated that the annual salaries of various officers shall be disbursed in the following manner: (1) the President shall receive his basic postal salary, plus $10,316; and (2) the Secretary-Treasurer shall receive his

1

basic postal salary, plus $5,158.

c. Defendant ROBERT PETER was the Secretary-Treasurer of Local 526 and, as such, was subject to the rules and regulations of the APWU Constitution and By-Laws. As Secretary-Treasurer, he was a fiduciary who occupied a position of trust at Local 526, pursuant to Title 29, United States Code, Section 501(a). As a fiduciary, his duties and obligations were, among others: (1) to act solely in the interests of the participants of the union; (2) to avoid acting in his own personal self-interest; (3) to disburse the funds of the union with care and prudence; and (4) to avoid acting on behalf of any party whose interests were adverse to the interests of the union.

d. Local 526 had a bank account that was designated as an operating account from which checks were written to pay for the union's monthly expenses, such as rent, utilities and credit card expenditures (the "Operating Account"). Defendant PETER had joint control, with the President, over the disbursement of funds from the Operating Account.

2. From on or about May 1, 2018 through on or about June 30, 2018, in Atlantic County, in the District of New Jersey and elsewhere, the defendant,

ROBERT PETER

while an officer and employee, namely Secretary Treasurer, of Local 526 APWU a labor organization engaged in an industry affecting interstate commerce, did knowingly and willfully embezzle, steal and unlawfully convert to his own

use money and funds from the Local 526 Operating Account, totaling approximately $34,500.

In violation of Title 29, United States Code, Section 501(c).

_____
CRAIG CARPENITO
UNITED STATES ATTORNEY

| CASE NUMBER: | United States District Court<br>District of New Jersey | UNITED STATES OF AMERICA<br>v.<br>ROBERT PETER | INFORMATION<br>29 U. S.C. § 501(c) | CRAIG CARPENITO<br>UNITED STATES ATTORNEY,<br>NEWARK, NEW JERSEY<br><br>V. GRADY O'MALLEY<br>SENIOR LITIGATION COUNSEL<br>NEWARK, NEW JERSEY<br>973-645-2725 |
|---|---|---|---|---|